# Third District Court of Appeal

## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2473
Lower Tribunal No. 20-15148
_____

**Guardian ad Litem Program and Department of Children and Families, o/b/o J.S.-R., a child,**
Appellants,

vs.

**D.A., the mother, and J.S., the father,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Michelle Alvarez Barakat, Judge.

Karla Perkins, for appellant Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellant Guardian ad Litem Program.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellee D.A., the Mother; Marc Anthony Douthit, for appellee J.S., the Father.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.